**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Ella M. Winston

      vs          Case No. C2-04-628

Kroger Company        **Judge Frost**
                                   **Magistrate Judge Abel**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

       IT IS ORDERED AND ADJUDGED that the Court GRANTS the Defendant's Motion to Dismiss and DISMISSED WITH PREJUDICE the Plaintiff's claim against the Defendant.

Date:  **October 7, 2004**        **James Bonini, Clerk**

                                      s/ Scott Miller
                                   By Scott Miller /Deputy Clerk